Orders affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK of a Trust Fund under the Will of GEORGE P. POLLEN, Deceased.

FRITZ L. SCHMIDT, JR., Appellant; ELISE M. JEWETT et al., Respondents.

*Will — trust — direction that on death of life beneficiary remainder go to her " legal issue "— distribution decreed equally to surviving descendants.*

*Matter of Pollen,* 218 App. Div. 716, affirmed.

(Argued March 29, 1927; decided May 17, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 22, 1926, which affirmed a decree of the New York County Surrogate's Court on the accounting herein directing distribution of a trust fund erected under the will of George P. Pollen, deceased, by a clause reading as follows: " To my daughter, Melinda, I also give the interest or income as it accrues on Two hundred thousand ($200,000) dollars, during her natural life. The said amount to be set apart in such good dividend paying stocks and bonds as may stand in my name at the time of my decease, and at the then market value of the same. And at her death I Will that the said amount of Two hundred thousand dollars go to her legal issue, in equal portions, after they severally reach the full age of twenty-one years." The surrogate held that the decision in *Schmidt* v. *Jewett* (195 N. Y. 486) was conclusive as to the distribution of the trust fund and accordingly decreed that it be distributed equally to the surviving descendants of the life beneficiary.

*Abraham K. Kaufman, Frederick E. Weinberg* and *David Scheinker* for appellant.

*Ralph L. Baldwin* for Elise M. Jewett et al., respondents.

*Carroll B. Low* for Walter C. Low, respondent.

*Charles J. McDermott* and *Henry W. Showers*, respondents in person.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Claim of EDWARD MICHELFELDER, Respondent, against ARTHUR B. VAN ALSTYNE et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — award to garage employee for disability arising from inhaling carbon monoxide gas.*

*Matter of Michelfelder* v. *Van Alstyne,* 217 App. Div. 810, affirmed. (Argued May 2, 1927; decided May 17, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 7, 1926, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant, an employee in a garage, while in the course of his employment, inhaled carbon monoxide gas, from which, it was alleged, he developed bronchitis, resulting in disability for a period of about five months.

*Edward P. Lyon, Harold S. Lyon* and *Alfred W. Andrews* for appellants.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.